showing no error, the judgment and order are unanimously affirmed, with costs. See, also, 161 App. Div. 954, 146 N. Y. Supp. 1103.

PATTEN, Respondent, v. PATTEN, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by Mary L. Patten against Uniack R. Patten, Jr. No opinion. Motion to dismiss appeal denied, without costs. Order affirmed, with $10 costs and disbursements.

PATTERSON, Respondent, v. CITY OF NEW YORK et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 19, 1914.) Action by Kate Patterson against the City of New York and another. No opinion. Motion for leave to appeal to the Court of Appeals denied. For former decision, see 147 N. Y. Supp. 1130.

PAYNE v. BRADLEY CONTRACTING CO. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Albert Payne against the Bradley Contracting Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

P. BALLANTINE & SONS, Respondents, v. CORBETT, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by P. Ballantine & Sons against James E. Corbett. No opinion. Order, in so far as appealed from, affirmed, with $10 costs and disbursements.

PECK, Respondent, v. NEHRING CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Nellie E. Peck against the Nehring Company, a domestic corporation. Earl A. Smith, of New York City, for appellant. Benjamin Antin, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

PEISER v. KALISH et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by Isaac Peiser against Edwin L. Kalish and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 147 N. Y. Supp. 1131.

PENSCHUCK v. WULFF BROS. & MULLER, Inc. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Charles O. Penschuck against Wulff Bros. & Muller, Incorporated. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PEOPLE v. ANHUT. (Supreme Court, Appellate Division, First Department. April 9, 1914.) Proceeding by the People of the State of New York against John N. Anhut. No opin-

ion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed. See, also, 158 App. Div. 883, 142 N. Y. Supp. 1134; 148 N. Y. Supp. 7.

PEOPLE, Respondent, v. AUGUSTINE, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Proceeding by the People of the State of New York against John Augustine, alias John Hirschbock. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. BOYCE, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Proceeding by the People of the State of New York against Frank M. Boyce, Jr.

PER CURIAM. Judgment of conviction affirmed.

HOWARD, J., dissents.

PEOPLE, Respondent, v. BRYANT, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Proceeding by the People of the State of New York against Henry Bryant. No opinion. Motion granted.

PEOPLE, Respondent, v. BURROWS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Proceeding by the People of the State of New York against Julian Burrows and another. Judgment of conviction as to defendant Burrows affirmed. Judgment of conviction as to defendant Crosby reversed, and new trial granted.

KRUSE, P. J., votes for affirmance as to both defendants.

PEOPLE v. CARDUCI. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Proceeding by the People of the State of New York against Salon Carduci. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. CHRISTMAN, Appellant. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Proceeding by the People of the State of New York against Charles Christman. No opinion. Judgment of conviction of the County Court of Kings County affirmed. See, also, 161 App. Div. 951, 146 N. Y. Supp. 1104.

PEOPLE, Respondent, v. CUCURULLO, Appellant. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Proceeding by the People of the State of New York against Theofore F. Cucurullo.

PER CURIAM. A motion was made to dismiss the appeal in the above-entitled action, which was denied upon condition that defendant perfect his appeal, place the case upon the June calendar of this court, and be ready for argument when reached. Defendant has failed to file any return, and although the parties stated